IN THE COURT MIDDLE DISTRICT OF TENNESSEE
CIVIL DIVISION
NASHVILLE, TENNESSEE

FILED 2010 APR -2 PM 2:28
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN RE: TERRY SPELLMAN
and
MARTHA SPELLMAN et. al
Plaintiff/Petitioners

Vs.

Case No. 3:2010cv00314

CLARKSVILLE/MONTGOMERY
COUNTY SCHOOL SYSTEM AND THE
TENNESSEE DEPARTMENT OF
EDUCATION, DIVISION OF SPECIAL
EDUCATION
Defendant

JUDGE WILLIAM J. HAYNES

Expedited Review Requested

*ORDER: This motion is DENIED for the reasons stated in the companion action 3:10-313.* [handwritten] 4-12-10

---

### EMERGENCY MOTION FOR PRELIMINARY INJUNCTION STAYING UPCOMING STATE OF TENNESSEE ADMINISTRATIVE COURT IN THE MATTER OF TE.S. S.S., AND TA.S., PARENTS PETITIONERS VS. CLARKSVILLE/MONTGOMERY COUNTY SCHOOL SYSTEM AND THE STATE OF TENNESSEE DEPARTMENT OF EDUCATION, DIVISION OF SPECIAL EDUCATION RESPONDENTS UNTIL FURTHER ORDER OF THIS COURT

---

Petitioner Terry and Martha Spellman moves the Court for a preliminary injunction staying upcoming Tennessee Administrative Court proceedings docket numbers 07.03-105984j, 07.03-106822j and 07.03-106823j pending further order of this Court. Civ.R. 65(B). The reasons supporting this motion are set forth in the attached memorandum.

Respectfully submitted,

TERRY AND MARTHA SPELLMAN
Pro Se Representation

Terry and Martha Spellman
Attorney Pro Se Representation
830 Peachers Mill Road, Apt. A3
Clarksville, Tennessee 37042

[Notary seal: LISA MARIE MCKEE, STATE OF TENNESSEE NOTARY PUBLIC, MONTGOMERY COUNTY]
Notary Expires 9-17-13